UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHEEVERS,<br>      Petitioner-Defendant,<br>v.<br>UNITED STATES OF AMERICA,<br>      Respondent-Plaintiff. | Case No.: 3:13-cr-492-GPC<br>Related Case: 14cv1699-GPC<br><br>**ORDER GRANTING FEDERAL RULE OF CIVIL PROCEDURE 60(B) MOTION AND SETTING BRIEFING SCHEDULE ON 28 U.S.C. § 2255**<br><br>**[Dkt. No. 727.]** |

On August 13, 2018, Petitioner James Cheevers, proceeding *pro se*, filed a motion for leave to file a Federal Rule of Civil Procedure ("Rule") 60(b) motion which seeks to vacate the Court's order of November 19, 2014 denying a motion to set aside sentence and obtain permission to file an all-inclusive 28 U.S.C. § 2255 petition. The Court construes Petitioner's Rule 60(b) motion as a motion for leave to file an all-inclusive 28 U.S.C. § 2255 petition. After a review of the motion, the Court finds good cause to grant Petitioner's request for leave to file a 28 U.S.C. § 2255 petition. Accordingly, the Court ORDERS the following:

1. The Clerk of Court shall file the 28 U.S.C. § 2255 petition contained in the Rule 60(b) motion. The Court notes that on ground one, Petitioner alleges ineffective assistance of counsel ("IAC") for his counsel's failure to file a

1

"notice of appeal" and cites to "Brief in Support of 28 U.S.C. § 2255 Motion'" however, the brief concerning the IAC claim is not attached. If petitioner seeks to add the brief to support his § 2255 petition, he shall file the brief on or before **September 7, 2018.** If an accompanying brief is not filed, the Court will consider the petition without the brief.

2. Respondent shall file and serve a response to the petition no later than **September 28, 2018**. The response shall include any and all documents relevant to the determination of the issues raised by the motion.

3. If Petitioner wishes, he may file a reply no later than **October 19, 2018**.

IT IS SO ORDERED.

Dated: August 23, 2018

Hon. Gonzalo P. Curiel
United States District Judge