UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-cr-0492-GPC |
| v. | **Order Granting Defendant's Motion for Early Termination of Supervised Release** |
| JAMES CHEEVERS, | **[ECF No. 806]** |
| Defendant. | |

Defendant James Cheevers, Jr. has served almost two years of an 8-year supervised release term this Court ordered Cheevers to serve as a part of his sentence. Under 18 U.S.C. § 3583(e)(1), defendant has filed a motion for early termination of supervised release. ECF No. 804. The Government has filed a statement of non-opposition to the motion. ECF No. 806.

The Court has considered the motion & supporting declarations and the factors outlined in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). For the reasons stated in Cheevers's motion and the Government's statement of non-opposition, this Court finds good cause and

GRANTS defendant's unopposed motion for early termination for supervised release.

**IT IS SO ORDERED.**

Dated: February 2, 2024

Hon. Gonzalo P. Curiel
United States District Judge